Thursday, September 18, 2014

No. 14–6010/AF. United States, Appellant and Cross–Appellee v. Aaron M. Buford, Appellee and Cross–Appellant. CCA 2013–26. On consideration of the cross-petition for grant of review of the decision of the United States Air Force Court of

Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, it is, ordered that said petition for grant of review is hereby granted on the following issue:

WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS (AFC-CA) ERRED BY FINDING A.B. CONSENTED TO LAW ENFORCE-MENT'S SEARCH OF THE CENTON THUMB DRIVE AND THE DELL LAPTOP.

In accordance with Rule 19(a)(7)(A), Rules of Practice and Procedures, no further pleadings will be filed.